UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| PATRICIA ANN TRUESDELL and DARVIN A. HEIDER, individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CAUSE NO: 3:14-cv-551-CRS ) |
| LINK SNACKS, INC., | ) ) |
| Defendant. | ) |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT**

This matter is before the Court on the Parties' Joint Motion For Approval of Settlement ("Joint Motion"). The Court has carefully considered the Parties' motion and finds that the motion is made for good cause. Accordingly, the Court GRANTS the motion and ORDERS that:

1. The settlement by, between, and among the Parties, as set forth and embodied in the Collective Action Settlement and Release Between Plaintiffs and Defendant (the "Agreement") which was filed by the parties on March 5, 2018 is hereby approved as a fair and reasonable compromise of a *bona fide* dispute; and

2. The Court shall retain jurisdiction to enforce the terms of the Agreement until the Parties have jointly moved to dismiss this action in its entirety, with prejudice.

SO ORDERED.

March 12, 2018

**Charles R. Simpson III, Senior Judge
United States District Court**